UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ARLENE EDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:16-cv-00079-JAW |
| | ) |
| RIVERVIEW PSYCHIATRIC | ) |
| CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed May 16, 2016 (ECF No. 52), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion to Amend (ECF No. 19) be and hereby is GRANTED; it is further ORDERED that the Plaintiff's Motion to Amend Caption (ECF No. 20) be and hereby is GRANTED; and, it is further ORDERED that the moving Defendants' Motions to Dismiss (ECF No. 6, 9, 10, 11 and 13) be and hereby are DISMISSED as moot.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 8th day of June, 2016