UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| ARLENE EDSON,<br>    Plaintiff,<br><br>        v.<br>RIVERVIEW PSYCHIATRIC CENTER, et al.,<br><br>    Defendants. | CIVIL NO.: 1:16-cv-00079-JAW |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff and defendants hereby stipulate to this dismissal of this action, with prejudice and without costs.

Dated: May 18, 2017

JANET T. MILLS
Attorney General

| | |
|---|---|
| /s/ Christopher C. Taub | /s/ Amber L. Tucker |
| Christopher C. Taub | Amber L. Tucker |
| Assistant Attorney General | The Law Office of Amber L. Tucker, LLC |
| Six State House Station | 415 Congress St., Ste. 202 |
| Augusta, Maine 04333-0006 | P.O. Box 7542 |
| Tel. (207) 626-8800 | Portland, Maine 04112 |
| Christopher.C.Taub@maine.gov | (207) 553-0399 |
| | amber@ambertucker.com |
| Counsel for Defendants Riverview Psychiatric Center and Mary Mayhew | Counsel for Plaintiff Arlene Edson |
| | |
| /s/ Mark V. Franco | /s/ John J. Wall, III |
| Mark V. Franco, Esq. | John J. Wall, III, Esq. |
| Drummond Woodsum | Monaghan Leahy, LLP |
| 84 Marginal Way, Suite 600 | P. O. Box 7046 |
| Portland, Maine 04101 | Portland, Maine 04112-7046 |
| Tel. (207) 772-1941 | Tel. (207) 774-3906 |
| mfranco@dwmlaw.com | jwall@monaghanleahy.com |
| | |
| Counsel for Defendant Carlos Taylor, III | Counsel for Defendant Mary Louise McEwen |

| | |
|---|---|
| /s/ Russell Pierce | /s/ Peter T. Marchesi |
| Russell Pierce, Esq. | Peter T. Marchesi, Esq. |
| Norman, Hanson & DeTroy | Wheeler & Arey, P.A. |
| Two Canal Plaza | 27 Temple Street |
| P. O. Box 4600 | P. O. Box 376 |
| Portland, Me 04112 | Waterville, Maine 04901 |
| Tel. (207) 774-7000 | Tel. (207) 873-7771 |
| rpierce@nhdlaw.com | peter@wheelerlegal.com |
| | |
| Counsel for Defendant Kelly Pinette (f/k/a Kelly Lavigne) | Counsel for Defendant William Lord, Jr. |

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May 2017, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

CHRISTOPHER C. TAUB
Christopher.C.Taub@maine.gov

JOHN J. WALL, III
jwall@monaghanleahy.com

CASSANDRA S. SHAFFER
cshaffer@wheelerlegal.com

PETER T. MARCHESI
peter@wheelerlegal.com

MARK V. FRANCO
mfranco@dwmlaw.com

RUSSELL PIERCE
rpierce@nhdlaw.com

To my knowledge, there are no non-registered parties or attorneys participating in this case.

s/ Amber L. Tucker
Amber L. Tucker

The Law Office of Amber L. Tucker, LLC
415 Congress St., Ste. 202
P.O. Box 7542
Portland, Maine 04112
(207) 553-0399
amber@ambertucker.com